IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER  
HIGGINBOTHAM, III, D.D.S.,  
et al.

    Plaintiffs      *     Case No.: MJG 00 CV 2764

v.

KCS INTERNATIONAL, INC.  
t/a CRUISERS YACHTS, et al.

    Defendants

## ORDER

IT IS HEREBY ORDERED, this 30th day of April, 2001, that plaintiffs' motion for modification via interlineation is hereby GRANTED.

_____  
JUDGE

