IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, \*
III, D.D.S., et ux.
\*
   Plaintiffs
\*
   vs.                    CIVIL ACTION NO. MJG-00-2764
\*
KCS INTERNATIONAL, INC.
t/a CRUISERS YACHTS, et al.   \*

   Defendants   \*

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

   In accordance with the proceedings held in this matter on this date:

   1. Discovery shall be completed by October 1, 2001, unless extended by Magistrate Judge Bredar.

   2. By November 15, 2001, any summary judgment motions shall be filed.

   3. By April 8, 2002:

      a. The Pretrial Order shall be filed.

      b. Any motions in limine shall be filed.

      c. Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief neutral summary of the case to be read to the voir dire panel.

      d. Requested jury instructions shall be filed (in duplicate).

   COUNSEL MUST BE SURE TO NOTE THAT:

   (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY

        OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

    (2)    ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

    e.    Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of April 15, 2002.

4.    Jury trial shall begin on Monday, April 29, 2002, with an estimated duration of five trial days.

SO ORDERED this 27th day of August, 2001.

                                    Marvin J. Garbis
                                    United States District Judge