FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC -4  P 1: 37

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>

| | | |
|---|---|---|
| **FREDERICK SHAFFER HIGGINBOTHAM, III. D.D.S.,** et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| **KCS INTERNATIONAL, INC.** t/a **CRUISERS YACHTS**, et al. | * | Civil Action No. MJG 00 CV 2764 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

IT IS HEREBY ORDERED this **3rd** day of **December**, 2001, by the United States District Court for the District of Maryland, by consent, the plaintiffs' have until December 7, 2001, to file an Opposition to the Motions for Summary Judgment, filed by the defendants', Warehouse Creek Yacht Sales and Windline, Inc.

_____
Judge