IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, *
III, D.D.S., et ux.
                                *
         Plaintiffs
                                *
    vs.                              CIVIL ACTION NO. MJG-00-2764
                                *
KCS INTERNATIONAL, INC.
t/a CRUISERS YACHTS, et al.     *

         Defendants              *

*    *    *    *    *    *    *    *    *

ORDER CLEARING RECORD RE PENDING MOTIONS

It appears that certain motions still pending of record are moot, or do not require further consideration at the present. Accordingly, so that the record may be cleared of motions no longer requiring active consideration:

    1.    The Motion to Strike [Paper 30-1] is DENIED as moot in view of the Order denying sanction [Paper 31-1].

    2.    The Motion to Compel [Paper 52-1] is DENIED except to the extent relief has previously been granted.

    3.    The Motion to Compel [Paper 54-1] is DENIED except to the extent relief has previously been granted.

    4.    The Motion to Strike [Paper 62-1] is DENIED as moot.



5.  Any party may move to have any motion denied hereby reinstated nunc pro tunc.

So ORDERED this 5th day of February, 2002.

_____
Marvin J. Garbis
United States District Judge