IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, *
III, D.D.S., et ux.
                                 *
        Plaintiffs
                                 *
    vs.                              CIVIL ACTION NO. MJG-00-2764
                                 *
KCS INTERNATIONAL, INC.
t/a CRUISERS YACHTS, et al.      *

        Defendants               *

*      *      *      *      *      *      *      *      *

### MEMORANDUM AND ORDER

The Court has before it the Motion to Dismiss filed by Defendant Windline. Inc. [Paper 38-1] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The said motion was included in the body of the Answer and Counterclaim and, should, properly be treated as a part of the Answer rather than a motion.

Accordingly:

1. The Motion to Dismiss filed by Defendant Windline. Inc. [Paper 38-1] is DENIED.

2. This action is without prejudice to the right of Windline to assert defenses set forth in the said motion.

SO ORDERED this 5th day of February, 2002.

_____
Marvin J. Garbis
United States District Judge