IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, *
III, D.D.S., et ux.
                                *
           Plaintiffs
                                *
     vs.                           CIVIL ACTION NO. MJG-00-2764
                                *
KCS INTERNATIONAL, INC.
t/a CRUISERS YACHTS, et al.     *

           Defendants           *

*     *     *     *     *     *     *     *     *

ORDER

In accordance with the proceedings held in this matter on this date, a Daubert[1], Kumho Tire[2] hearing, including the taking of evidence, shall be held on Friday, March 8 at 2:00 p.m. Plaintiffs shall produce their expert witness for questioning by the Court and counsel.

SO ORDERED this 28th day of February, 2002

_____
Marvin J. Garbis
United States District Judge

---

[1] Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 589 (1993).

[2] Kumho Tire Co. Ltd. v. Carmichael, 526 U.S. 137, 152 (1999).

