IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM,   *
III, D.D.S., ET AL
                                  *
   Plaintiffs
                                  *   Case No.: MJG 00 CV 2764
v.
                                  *
KCS INTERNATIONAL, INC., ET AL
                                  *
   Defendants
* * * * * * * * * * * * * * * * * * *

## ORDER

This case having come before the Court on the Motion of defendant KCS International, Inc. for leave to file motion out of time, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this 18th day of March, 2002

ORDERED that said Motion is hereby GRANTED; and it is further hereby

ORDERED that the Motion for Summary Judgment attached to the Motion for Leave be deemed filed as of the date of this Order.✗

_____
The Honorable Marvin J. Garbis

cc: Mark T. Mixter, Esquire
    J. Christopher Boucher, Esquire
    Mary Malloy Dimaio, Esquire

*Plaintiff need not respond to the said motion until a deadline for response is set by further order. MJG 3/18/02