IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM,   \*
III, D.D.S., et ux.
                                  \*
         Plaintiffs
                                  \*
    vs.                               CIVIL ACTION NO. MJG-00-2764
                                  \*
KCS INTERNATIONAL, INC.
t/a CRUISERS YACHTS, et al.       \*

         Defendants                \*

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendant KCS International, Inc.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants KCS International, Inc., Windline, Inc. and Warehouse Creek Yacht Sales, Inc. against Plaintiffs Frederick Shaffer Higginbotham, III, D.D.S. and Stephanie Higginbotham dismissing all claims with prejudice with~ costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this _16th_ day of April, 2002.

_____
Marvin J. Garbis
United States District Judge

6