# EXHIBIT A

DAVID BUCHHOLZ, M.D.

Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830

Telecopier (410) 583-2835

# INVOICE

Date: _1/3/02_

Re: _Higginbotham_

Dear _Mr. Mixter_ :

Enclosed please find a record of my time and expenses devoted to the above-captioned case. The total time is _1.0_ hours at $ _550_ per hour, and the total expenses are $ _—_ , creating a balance due of $ _550_ .

This is payable to:

$ _550_ billed 7/6/01

$ _1100_ TOTAL DUE

David Buchholz, M.D., P.A.
10753 Falls Road, Suite 315
Lutherville, Maryland 21093

The tax ID number is: 52-2027402

Thank you very much.

Yours sincerely,

David Buchholz, M.D.

DB:CM

Enclosure

Re: _Higginbotham_
Page _1_ of _1_

| Date | Item | Comment | Time | Expense |
|------|------|---------|------|---------|
| 7/5/01 | 10 | deposition | 1.0 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Key to items:**

1 = receipt/review of correspondence
2 = receipt/review of records
3 = receipt/review of testimony
4 = receipt/review of radiographs
5 = telephone conversation
6 = scheduling
7 = preparation of report/ correspondence
8 = IME (time reserved)
9 = meeting
10 = testimony
11 = travel
12 = other

Re: _Higginbotham_

Page _1_ of _1_

| Date | Item | Comment | Time | Expense |
|------|------|---------|------|---------|
| 1/3/02 | 10 | deposition | 1.0 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Key to items:**

1 = receipt/review of correspondence
2 = receipt/review of records
3 = receipt/review of testimony
4 = receipt/review of radiographs
5 = telephone conversation
6 = scheduling
7 = preparation of report/ correspondence
8 = IME (time reserved)
9 = meeting
10 = testimony
11 = travel
12 = other

**THE LAW OFFICES OF MARK T. MIXTER, ESQ.**
TWELFTH FLOOR, SUN LIFE BUILDING
BALTIMORE, MARYLAND 21201
TELEPHONE (410) 539-8415
FACSIMILE (410) 539-8560
EMAIL mixterlawoffice@aol.com

MARK T. MIXTER
─────────────
JOHN M. OLIVERI

EASTERN SHORE OFFICE
102 TWIN COVE DRIVE
STEVENSVILLE, MD 21666
410-924-2329

February 21, 2002

David Buccholz, M.D.
10735 Falls Road, Suite 315
Lutherville, Maryland  21093

        Re:  Higginbotham v. KCS International, et al.
             Our File No. 146-0735

Dear Dr. Buccholz:

    Enclosed is a $500.00 check from my clients which I signed
over to you.  I have asked that they forward the balance today
directly to you.

                         Very truly yours,

                         Mark T. Mixter

MTM:dml
Enclosure

cc:  J. Christopher Boucher, Esquire
     Mary Malloy DiMaio, Esquire
     Richard L. Nilsson, Esquire

C - please call Mixter:

$550 (not $500)

7/6/01

1/3/02

+ 550

$1100 total

- 500 pd.

$600 due

✓

D. 2/25/02

---

**F.S. HIGGINBOTHAM, III, D.D.S.**
1204 LOCUST AVE.  366-9241
FAIRMONT, WV  26554

14733

69-376/519

DATE  2-6-02

PAY TO THE ORDER OF  Mark Mixter                              $ 500.00

Five Hundred + 00/100                                         DOLLARS

The Huntington National Bank
Fairmont, WV 26555

**Huntington Banks**

FOR _____                    S. Higginbotham

⑈014733⑈ ⑆051903761⑆ 0253200 2037⑈