# EXHIBIT B



# CHESAPEAKE ENGINEERING & DESIGN, INC.

*Statement Date:*   October 10, 2001
*Statement Number:*   3979.99/01

Mark T. Mixter
Attorney at Law
Law Offices of Mark T. Mixter
20 South Charles Street
Twelfth Floor, Sun Life Building
Baltimore, MD  21201

*CED Case:*   3979.9   Higginbotham/Boat Ladder Fall
*Reference:*   Frederick Higginbotham, III v. Windline et al.

## Monthly Statement

| | |
|---|---|
| *Billing for the period:*   September 1, 2001 - September 30, 2001 | $1,385.45 |
| *Previous Balance Due:* | $213.50 |
| *Total Amount Due:* | $1,598.95 |

ENTERED OCT 1 2 2001

FEIN: 52-1519140
Terms: Balance is due upon receipt of invoice.
A finance charge of 1-1/2% per month will be added to all balances remaining after 30 days.
Phone: (410) 224-4235  Baltimore Direct 841-6051  Fax: (410) 841-6605  Toll Free: 1-800-466-1090

---

*** PLEASE RETURN THIS PORTION WITH YOUR PAYMENT ***

*Statement #:*   3979.99/01

*CED Case:*   3979.9   Higginbotham/Boat Ladder Fall

*Reference:*   Frederick Higginbotham, III v. Windline et al.

Chesapeake Engineering Design, Inc.
Holly Engineering Center
2444 Holly Avenue
Annapolis, Maryland  21401

*Total Amount Due:*   $1,598.95
*Amount Enclosed:*



# CHESAPEAKE ENGINEERING & DESIGN, INC.



## Invoice Details — For the period 9/1/01 through 9/30/01    Statement Number: 3979.99/01

**Clyde C. Richard, Ph. D., P.E.**                   President and Mechanical Engineer

| Date | Hours | Description | Note |
|---|---|---|---|
| 9/7/01 | 3.6 | Deposition (Appearance) | |
| 9/26/01 | 2.4 | Deposition (Appearance) | |

**Total Hours:** 6.0 @ $225.00 per hour  $1,350.00

**Gerald W. Ball**                                       Case Administrator

| Date | Hours | Description | Note |
|---|---|---|---|
| 9/28/01 | 0.1 | Prepare Correspondence | |
| | 0.2 | Prepare Deposition Notebook | Duplicate deposition notebook for plaintiff attorney |

**Total Hours:** 0.3 @ $105.00 per hour  $31.50

### EXPENSES

| Expense Date | Description | Amount | Purpose of Expense |
|---|---|---|---|
| 9/28/01 | Postage Expense | $3.95 | Deposition notebook forwarding |
| | **Total Expenses** | **$3.95** | |

**Total Charges    $1,385.45**

Statement Number: 3979.99/01

          # CHESAPEAKE ENGINEERING
& DESIGN, INC. 

*Statement Date:* **September 12, 2001**
*Statement Number:* **3979.98/01**

Mark T. Mixter
Attorney at Law
Law Offices of Mark T. Mixter
20 South Charles Street
Twelfth Floor, Sun Life Building
Baltimore, MD 21201

*CED Case:* **3979.9**   Higginbotham/Boat Ladder Fall
*Reference:* Frederick Higginbotham, III v. Windline et al.

## Monthly Statement

| | | |
|---|---|---|
| *Billing for the period:* | August 1, 2001 - August 31, 2001  ENTERED SEP 1 3 2001 | $22.50 |
| *Previous Balance Due:* | | $191.00 |
| *Total Amount Due:* | | $213.50 |

FEIN: 52-1519140
Terms: Balance is due upon receipt of Invoice.
A finance charge of 1-1/2% per month will be added to all balances remaining after 30 days.
Phone: (410) 224-4235  Baltimore Direct 841-6051  Fax: (410) 841-6605  Toll Free: 1-800-466-1090

---

### *** PLEASE RETURN THIS PORTION WITH YOUR PAYMENT ***

*Statement #:*   3979.98/01

*CED Case:*   3979.9   Higginbotham/Boat Ladder Fall

*Reference:*   Frederick Higginbotham, III v. Windline et al.

Chesapeake Engineering Design, Inc.
Holly Engineering Center
2444 Holly Avenue
Annapolis, Maryland 21401

*Total Amount Due:*  $213.50
*Amount Enclosed:*



# CHESAPEAKE ENGINEERING & DESIGN, INC.

## Invoice Details
For the period 8/1/01 through 8/31/01

Statement Number: 3979.98/01

### EXPENSES

| Expense Date | Description | Amount | Purpose of Expense |
|---|---|---|---|
| 8/29/01 | Photographic Expense | $22.50 | 1 roll @ $22.50/roll |
| | Total Expenses | $22.50 | |
| | Total Charges | $22.50 | |

Statement Number: 3979.98/01



# CHESAPEAKE ENGINEERING & DESIGN, INC.

*Statement Date:* **August 29, 2001**
*Statement Number:* **3979.98/01**

Mark T. Mixter
Attorney at Law
Law Offices of Mark T. Mixter
20 South Charles Street
Twelfth Floor, Sun Life Building
Baltimore, MD 21201

*CED Case:* 3979.9   Higginbotham/Boat Ladder Fall
*Reference:* Frederick Higginbotham, III v. Windline et al.

## Monthly Statement

| | | |
|---|---|---|
| *Billing for the period:* | *August 1, 2001 - August 31, 2001*   8/29/01 ENTERED | $191.00 |
| *Previous Balance Due:* | | $0.00 |
| *Total Amount Due:* | | $191.00 |

FEIN: 52-1519140
Terms: Balance is due upon receipt of invoice.
A finance charge of 1-1/2% per month will be added to all balances remaining after 30 days.
Phone: (410) 224-4235  Baltimore Direct 841-6051  Fax: (410) 841-6605  Toll Free: 1-800-466-1090

---

### *** PLEASE RETURN THIS PORTION WITH YOUR PAYMENT ***

*Statement #:*   **3979.98/01**

*CED Case:*   3979.9   Higginbotham/Boat Ladder Fall

*Reference:*   Frederick Higginbotham, III v. Windline et al.

Chesapeake Engineering Design, Inc.
Holly Engineering Center
2444 Holly Avenue
Annapolis, Maryland 21401

*Total Amount Due:*   $191.00

*Amount Enclosed:* [    ]

 

# CHESAPEAKE ENGINEERING & DESIGN, INC.

## Invoice Details
For the period 8/1/01 through 8/31/01        Statement Number: 3979.98/01

Gerald W. Ball                                                Case Administrator

| Date | Hours | Description | Note |
|---|---|---|---|
| 8/29/01 | 0.1 | Review and Catalog Photographs | Marking of one roll of photos |
|  | 0.8 | Prepare Correspondence | Reproduction and Marking of documents |
|  | 0.1 | Prepare Correspondence | Forwarding of file materials |

**Total Hours:** 1.0 @ $105.00 per hour   $105.00

### EXPENSES

| Expense Date | Description | Amount | Purpose of Expense |
|---|---|---|---|
| 8/29/01 | Photographic Reprints | $67.50 | Reproduction of photographs |
|  | Courier Fee | $18.50 | Overnight deliverly |
|  | **Total Expenses** | **$86.00** |  |

**Total Charges** $191.00

Statement Number: 3979.98/01