# EXHIBIT C

# ELLIN & TUCKER, CHARTERED
### SUITE 1300
### 100 SOUTH CHARLES STREET
### BALTIMORE, MD 21201-2714
### (410)727-5735

MARK T. MIXTER, ESQUIRE
HIGGINBOTHAM V. WINDLINE MATTER
LAW OFFICES OF MARK T. MIXTER
20 SOUTH CHARLES STREET
12 FLOOR, SUN LIFE BLDG.
BALTIMORE, MD  21201

Invoice No. 21162
Date       12/31/2001
Client No.  ~08414.001

---

Professional services rendered for the month of December, 2001, including,

Deposition - 5 hours @ $300 per hour

                                  Current Amount Due     $   1,500.00

SUITE 1300                          SUITE 250
100 SOUTH CHARLES STREET            655 FIFTEENTH STREET, NW
BALTIMORE, MD 21201-2714            WASHINGTON, DC 20005-5701
(410)727-5735                       (202)638-0902
FAX: (410)727-1405                  FAX: (202)638-4311