# EXHIBIT D

**ALLEN, JOHNSON, ALEXANDER & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000

FAX LINE (410) 727-0861
E-MAIL AJAKMD@AOL.COM

DANIEL KARP *
D'ANA E. JOHNSON *
YVETTE M. BRYANT *
KEVIN KARPINSKI *
LISA N. STAFFORD
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER
CHRISTOPHER F. HOPSON, III △△

* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL
△△ ADMITTED IN D.C. AND NY

WASHINGTON OFFICE
SUITE 701
2120 L STREET, N.W.
WASHINGTON, D. C. 20037
(202) 828-4141
FAX LINE (202) 429-8798
E-MAIL AJAKDC@AOL.COM

OF COUNSEL
DONALD C. ALLEN

October 2, 2001

Mark T. Mixter, Esquire
The Law Offices of Mark T. Mixter, Esquire
20 South Charles Street, Twelfth Floor
Sun Life Building
Baltimore, MD 21201

    RE:  My File No.: 320-375
           <u>Claimants: Frederick Shaffer Higginbotham and Stephanie Higginbotham</u>

Dear Mr. Mixter:

    Enclosed, please find an invoice from Dr. Paul for 2 ½ hours of deposition time. Please provide me with a check payable to Dr. Paul in the amount of $312.50, which is 2 ½ hours at $125.00/hr. His tax i.d. number is ███████7.

                        Sincerely yours,

                        ALLEN, JOHNSON, ALEXANDER
                        & KARP

                        BY:   J. Christopher Boucher

JCB:cet
Enclosure

# BILL FOR SERVICES RENDERED

## DEPOSITION ON EVALUATION OF DR. HIGGINBOTHAM'S ECONOMIC LOSS

FEE IS $ 500.00

DR. HARVEY PAUL
2213 SUGARCONE RD.
BALTIMORE, MD. 21209

TAX I.D. 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