# EXHIBIT E

**ALLEN, KARPINSKI, BRYANT & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

DANIEL K███*
YVETTE M███RYANT*
KEVIN KARPINSKI*
LISA M. SIFFORD
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

\* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

OF COUNSEL
DONALD C. ALLEN

June 5, 2002

Mark T. Mixter, Esquire
The Law Offices of Mark T. Mixter, Esquire
20 South Charles Street, Twelfth Floor
Sun Life Building
Baltimore, MD 21201

RE:   My File No.:  320-375
      Claimants:  Frederick  Shaffer  Higginbotham  and  Stephanie Higginbotham

Dear Mr. Mixter:

Please be advised that we (Defendants) have paid all of your experts that can be paid at this time. Layton has not responded to our inquiry. We need to hear from him in order to pay him.

None of Defendants' experts have been paid by Plaintiffs for the time they spent in deposition. You paid Dr. Buccholz $500.00 of the $550.00 Plaintiffs owe for his first deposition. You have not paid for the time he spent in his second deposition. The second deposition bill was also $550.00. Thus, Plaintiffs still owe Dr. Buccholz $600.00.

Plaintiffs have not paid Dr. Paul's bill for his time spent in deposition, which was provided to you in October 2001. Please provide me with a check payable to Dr. Paul in the amount of $312.50, which is 2 ½ hours at $125.00/hr.

You have not paid Dr. Richard for his time spent in deposition. Please provide payment to Chesapeake Engineering and Design in the amount of $1598.95.

You have not paid Chris Rosenthal for his time spent in deposition. Please provide payment to Ellin and Tucker in the amount of $1500.

ALLEN, KARPINSKI, BRYANT & KARP, P.A.
ATTORNEYS AT LAW

M■k T. Mixter, Esquire
June 5, 2002
Page 2

      Thank you in advance for providing payment to the above persons as soon as possible. Please call if I can provide any additional information.

                            Sincerely yours,

                            ALLEN, KARPINSKI, BRYANT,
                            & KARP

                            BY:   J. Christopher Boucher

CC: All Counsel

**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
LISA M. SIFFORD
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

OF COUNSEL
DONALD C. ALLEN

August 8, 2002

Mark T. Mixter, Esquire
The Law Offices of Mark T. Mixter, Esquire
20 South Charles Street, Twelfth Floor
Sun Life Building
Baltimore, MD 21201

  RE: My File No.: 320-375
    <u>Claimants: Frederick Shaffer Higginbotham and Stephanie Higginbotham</u>

Dear Mr. Mixter:

  I wanted to follow up on my letter of a few months ago about the fact that you have yet to pay any of Defendants' experts for the time they spent in depositions you noted. I also spoke with Mr. Oliveri about this at the Fourth Circuit mediation and he said that he would follow up to ascertain the status of the payment of our experts. But, I have not heard from either of you. Please provide payment in full to our experts as soon as possible. Please call with any questions and let me know what I can do to expedite your payment of Defendants' experts. I am eager to help. It would be a waste of time and money if you force us to seek a court order to obtain payment. I look forward to hearing from you.

           Sincerely yours,

           ALLEN, KARPINSKI, BRYANT,
           & KARP

           BY: J. Christopher Boucher

CC: All Counsel

**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

DANIEL KA̅
YVETTE M. ▮▮ANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

OF COUNSEL
DONALD C. ALLEN

* ADMITTED IN MD AND D.C.
ᐃ ADMITTED IN MD, D.C. AND IL

October 10, 2002

Mark T. Mixter, Esquire
The Law Offices of Mark T. Mixter, Esquire
20 South Charles Street, Twelfth Floor
Sun Life Building
Baltimore, MD 21201

    RE:  My File No.: 320-375
           Claimants: Frederick Shaffer Higginbotham and Stephanie Higginbotham

Dear Mr. Mixter:

Your letter of October 7, 2002 is wrong. It is my understanding that you and/or Plaintiffs have not paid a dime to any of Defendants' experts other than the $500.00 you have paid Dr. Buccholtz, which was not a complete payment. Please let me know if other payments have been made. For the record, as far as I know, you and Plaintiffs currently owe the following amounts to the following experts:

You paid Dr. Buccholz $500.00 of the $550.00 Plaintiffs owe for his first deposition. You have not paid for the time he spent in his second deposition. The second deposition bill was also $550.00. Thus, Plaintiffs still owe Dr. Buccholz $600.00.

Plaintiffs have not paid Dr. Paul's bill for his time spent in deposition, which was provided to you in October 2001. Please provide me with a check payable to Dr. Paul in the amount of $312.50, which is 2 ½ hours at $125.00/hr.

You have not paid Dr. Richard for his time spent in deposition. Please provide payment to Chesapeake Engineering and Design in the amount of $1598.95.

You have not paid Chris Rosenthal for his time spent in deposition. Please provide payment to Ellin and Tucker in the amount of $1500.

ALLEN, KARPINSKI, BRYANT & KARP, P.A.
ATTORNEYS AT LAW

Mark T. Mixter, Esquire
October 10, 2002
Page 2

     As to our payment of your experts, all of them have been paid either an amount they agreed to be paid (which was above what we were required to pay) or the amount Defendants are to pay under the rules, except for Mr. Layton. Defendants are eager to pay him. But, he never responded to our correspondence as to his hourly rate. Thus, we cannot compute the amount Defendants owe him. Please provide his complete bill to you with hourly time next to hourly rates so that we can compute it and pay him.

     Please provide payment in full to our experts as soon as possible. Please call with any questions and let me know what I can do to expedite your payment of Defendants' experts. As stated previously, I am eager to help. It would be a waste of time and money if you force us to seek a court order to obtain payment. I look forward to hearing from you.

                      Sincerely yours,

                      ALLEN, KARPINSKI, BRYANT,
                      & KARP

                      BY:   J. Christopher Boucher

CC: All Counsel