IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, *
III, D.D.S., ET AL
                                    *
    Plaintiffs
                                    *       Case No.: MJG 00 CV 2764
v.
                                    *
KCS INTERNATIONAL, INC., ET AL
                                    *
    Defendants
                                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ENTRY OF JUDGMENT

Defendants, pursuant to F.R.Civ. P. 58(d), respectfully request that this Honorable Court enter judgment on the District Court Clerk's Order Taxing Costs and the Order of the U. S. Court of Appeals for the Fourth Circuit awarding costs, and for reasons states:

1.   The Clerk entered an Order Taxing Costs in this matter on March 8, 2004 in the amount of $6,419.46 in favor of Defendant Windline, Inc.; in the amount of $3,504.35 in favor of Defendant KCS International, Inc.; and in the amount of $3,591.63 in favor of Defendant Warehouse Creek Yacht Sales, Inc., all against Plaintiffs.  (See attached hereto Exhibit A, copy of the Notice of Electronic Filing of said Order.)

2.   The U. S. Court of Appeals for the Fourth Circuit ordered Plaintiff to pay the costs of Defendant Windline, Inc. in the amount of $308.72.  (See attached hereto Exhibit B, copy of the Notice of Electronic Filing of said Order.)

3.   Such costs remain unpaid.

4.   In order to enforce the Order Taxing Costs and the Fourth Circuit Order awarding costs, Defendants request that this Honorable Court enter judgment in favor of the Defendants in

the above amounts so that execution on the judgment may commence.

WHEREFORE, Defendants, by undersigned counsel, respectfully request this Honorable Court to enter judgment as follows:

    A. In favor of Defendant Windline, Inc. in the amount of $6,728.18 and against Plaintiffs;

    B. In favor of Defendant KCS International, Inc. in the amount of $3,504.35 and against Plaintiffs;

    C. In favor of Defendant Warehouse Creek Yacht Sales, Inc. in the amount of $3,591.63 and against Plaintiffs; and

    D. Granting such other relief as justice requires.

Respectfully submitted,

ALLEN, KARPINSKI, BRYANT & KARP

*/s/ J. Christopher Boucher*
J. Christopher Boucher
100 E. Pratt Street
Suite 1540
Baltimore, MD 21202
410.727.5000
Attorney for Defendant Windline, Inc.

LAW OFFICES OF MAHER & ASSOCIATES

*/s/ Mary Malloy Dimaio*
Mary Malloy Dimaio, Bar No. 06794

       502 Washington Avenue
       Suite 410 – Nottingham Centre
       Towson, MD 21204
       410-769-8100
       Attorney for Defendant, KCS International, Inc.


       GOODELL, DEVRIES, LEECH & DANN, LLP


       *Richard L. Nilsson/mmd*
       Richard L. Nilsson, Bar No. 02289
       1 South Street
       20th Floor
       Baltimore, MD 21202
       410.783.4000
       Attorney for Defendant Warehouse Creek
         Yacht Sales, Inc.


## GROUNDS AND AUTHORITIES

F.R. Civ. P. 54(d)(1) and 58(d).


       *Mary Malloy Dimaio*
       Mary Malloy Dimaio


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2004, a copy of the foregoing Request for Entry of Judgment was filed and sent electronically to:

       Mark T. Mixter, Esquire
       20 S. Charles Street

12th Floor
Baltimore, MD 21201
Attorney for Plaintiffs

J. Christopher Boucher, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
100 E. Pratt Street
Suite 1540
Baltimore, MD 21202
Attorney for Defendant Windline, Inc.

Richard L. Nilsson, Esquire
1 South Street
20th Floor
Baltimore, MD 21202
Attorney for Defendant Warehouse Creek Yacht Sales, Inc.

_/s/ Mary Malloy Dimaio_
Mary Malloy Dimaio

# EXHIBIT A

Case 1:00-cv-02764-MJG   Document 132   Filed 07/13/2004   Page 5 of 9

**Dimaio, Mary Malloy**

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov
**Sent:** Tuesday, March 09, 2004 9:06 AM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 1:00-cv-02764-MJG Higginbotham, et al v. KCS International, et al "Clerk's Order Taxing Cost"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Maryland

Notice of Electronic Filing

The following transaction was received from jlb, Deputy Clerk entered on 3/9/2004 at 9:06 AM EST and filed on 3/8/2004

**Case Name:** Higginbotham, et al v. KCS International, et al
**Case Number:** 1:00-cv-2764
**Filer:**
**WARNING: CASE CLOSED on 04/16/2002**
**Document Number:** 131

**Docket Text:**
Clerk's Order Taxing Cost for bill of cost in amount of $ 6,419.46 in favor of Windline, in amount of $3,504.35 in favor of KCS and in amount of $3,591.63 in favor of Warehouse Creek against Plaintiff (c/m Chambers 3/8/04 jlb, Deputy Clerk)

The following document(s) are associated with this transaction:

**1:00-cv-2764 Notice will be electronically mailed to:**

J Christopher Boucher     akbklaw@aol.com

Mary Malloy Dimaio     mary.dimaio@aig.com

Daniel Karp     AKBKLAW@AOL.COM

Mark T Mixter     mmixter@mixterlaw.com

Richard L Nilsson     rnilsson@ffic.com

**1:00-cv-2764 Notice will not be electronically mailed to:**

Matthew Douglas Peter

3/9/2004

# EXHIBIT B

Subj: Activity in Case 1:00-cv-02764-MJG Higginbotham, et al v. KCS International, et al "USCA Order"
Date: 2/17/2004 3:14:53 PM Eastern Standard Time
From: MDD_CM-ECF_Filing@mdd.uscourts.gov
To: MDDdb_ECF@mdd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

Notice of Electronic Filing

The following transaction was received from sls, Deputy Clerk entered on 2/17/2004 at 2:55 PM EST and filed on 2/17/2004
Case Name:     Higginbotham, et al v. KCS International, et al
Case Number:   1:00-cv-2764
Filer:
WARNING: CASE CLOSED on 04/16/2002
Document Number: 130

Docket Text:
ORDER of USCA "AWARDING" appellee costs in the amount of $308.72 as to [119] Notice of Appeal filed by Frederick Shaffer Higginbotham, Stephanie Higginbotham (sls, Deputy Clerk)

The following document(s) are associated with this transaction:

1:00-cv-2764 Notice will be electronically mailed to:

J Christopher Boucher    akbklaw@aol.com

Mary Malloy Dimaio    mary.dimaio@aig.com

Daniel Karp    AKBKLAW@AOL.COM

Mark T Mixter    mmixter@mixterlaw.com

Richard L Nilsson    rnilsson@ffic.com

1:00-cv-2764 Notice will not be electronically mailed to:

Matthew Douglas Peter
Allen Karpinski Bryant and Karp PA
100 E Pratt St Ste 1540
Baltimore, MD 21202

Wednesday, February 18, 2004 America Online: AKBKlaw

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM, *
   III, D.D.S., ET AL
                                          *
   Plaintiffs
                                          *       Case No.: MJG 00 CV 2764
v.
                                          *
KCS INTERNATIONAL, INC., ET AL
                                          *
   Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This case having come before the Court on Defendants' Request for Entry of Judgment, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this _____ day of _____, 2004

ORDERED that judgment shall be entered in favor of Defendant Windline, Inc. and against Plaintiffs in the amount of $6,728.18; and it is further hereby

ORDERED that judgment shall be entered in favor of Defendant KCS International, Inc. and against Plaintiffs in the amount of $3,504.35; and it is further hereby

ORDERED that judgment shall be entered in favor of Defendant Warehouse Creek Yacht Sales, Inc. and against Plaintiffs in the amount of $3,591.63.

_____
JUDGE

cc: Mark T. Mixter, Esquire
    J. Christopher Boucher, Esquire
    Mary Malloy Dimaio, Esquire
    Richard L. Nilsson, Esquire