IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FREDERICK SHAFFER HIGGINBOTHAM,
III, D.D.S., ET AL

    Plaintiffs

v.

KCS INTERNATIONAL, INC., ET AL

    Defendants

Case No.: MJG 00 CV 2764

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This case having come before the Court on Defendants' Request for Entry of Judgment, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this 13 day of July, 2004

ORDERED that judgment shall be entered in favor of Defendant Windline, Inc. and against Plaintiffs in the amount of $6,728.18; and it is further hereby

ORDERED that judgment shall be entered in favor of Defendant KCS International, Inc. and against Plaintiffs in the amount of $3,504.35; and it is further hereby

ORDERED that judgment shall be entered in favor of Defendant Warehouse Creek Yacht Sales, Inc. and against Plaintiffs in the amount of $3,591.63.

/s/
JUDGE  MARVIN J. GARBIS
United States District Judge

cc: Mark T. Mixter, Esquire
    J. Christopher Boucher, Esquire
    Mary Malloy Dimaio, Esquire
    Richard L. Nilsson, Esquire